Case 4:08-cv-00132-EHJ   Document 18   Filed 08/21/09   Page 1 of 2 PageID #: 106

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:08CV132-J

DARLENE DENO                                                                              PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff Darlene Deno seeks Disability Insurance and Supplemental Security Income Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge E. Robert Goebel who recommends that the final decision of the matter be remanded to the Commissioner for a new decision.

The Commissioner has timely filed objections to the Magistrate Judge's Report arguing that the ALJ adequately weighed the opinions of Dr. Jarvis, claimant's treating physician, and properly discounted the functional limitations he assessed. The Commissioner posits that it alone is charged with the duty to weigh the evidence, and that the ALJ properly discounted Dr. Jarvis' opinions and the functional limitations because they were inconsistent with the record as a whole. The ALJ instead chose to rely upon the consultative opinions of Dr. Stephen Hunter who evaluated the claimant in September of 2005. As the Magistrate Judge's Report aptly notes, Dr. Hunter's opinions are of limited value and do not constitute substantial evidence, given the volume of medical records and diagnostic tests that occurred after his consultation. This Court concurs with the Magistrate Judge's assessment; the ALJ's purported reasons for rejecting the disabling opinions and functional limitations of Dr. Jarvis do not constitute substantial evidence.

In sum, this Court has conducted a de novo review of the Magistrate Judge's report in light

of the objections thereto and the record as a whole.  The Magistrate Judge's Report is hereby adopted, and its findings and conclusions are incorporated by reference herein.

Accordingly, IT IS ORDERED that this case is REMANDED to the Commissioner of Social Security for further administrative proceedings.  The clerk of Court shall enter a separate judgment as required by Fed.R.Civ.P. 58.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.